Charles A. WALKER, Plaintiff—Appellant,

v.

GREENSVILLE MEDICAL STAFF; Nurse Nundy; Nurse Peck; Lieutenant Woodson, Building Supervisor; K.D. Rae, Secretary, Defendants—Appellees.

No. 05–7891.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 30, 2006.

Charles A. Walker, Appellant Pro Se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles A. Walker appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible

error. Accordingly, we affirm on the reasoning of the district court. *See Walker v. Greensville Corr. Ctr.*, No. CA–05–1066–1–CMH (E.D.Va. Nov. 23, 2005). We deny Walker's pending motions to file a supplemental brief, for a "temporary" and a "preliminary" restraining order, and for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*